Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
GAREY C. GOMEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GAREY C. GOMEZ,<br><br>Plaintiff,<br><br>v.<br><br>SPADIA, INC. dba BATH BEYOND,<br><br>Defendant. | Case No.: **2:21-cv-09780**<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED)**<br><br>**Demand for Jury Trial** |

Plaintiff GAREY C. GOMEZ by and through his undersigned counsel, brings this Complaint against Defendant SPADIA, INC. dba BATH BEYOND for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff GAREY C. GOMEZ ("Gomez" brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Gomez's original copyrighted Work of authorship.

2. Gomez is a professional photographer from Atlanta, Georgia who works with architects, interior designers, construction firms and homebuilders to create beautiful portfolio imagery to showcase their work. He is a speaker and educator in the world of architectural photography, and is the 2019 PFRE Photographer of the Year.  Gomez's passion is working with designers and artists who are passionate about their work, and that usually means they will work very well together to create something special.

3. Defendant SPADIA, INC. DBA BATH BEYOND ("Spadia") is upon information and belief the manufacturer of the BathBeyond Shower Filter Head 2-in-1 Vitamin C15 Stage High Output Water Filter with cartridge for hard water, which sells on Amazon for $24.99, and other shower products. At all times relevant herein, upon information and belief, Spadia owned and operated the internet website located at the URL www.bbeyondinc.com (the "Website").

5.  Gomez alleges that Spadia copied  Gomez's copyrighted Work from the internet in order to advertise, market and promote its business activities.  Spadia committed the violations alleged in connection with Spadia's business for purposes of advertising and promoting sales to the public in the course and scope of the Spadia's business.

## JURISDICTION AND VENUE

6. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. Defendant is subject to personal jurisdiction in California.

COMPLAINT FOR COPYRIGHT INFRINGEMENT                                 CASE NO.:  2:21-CV-09780

9. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

10. Spadia, Inc. dba Bath Beyond is a California Corporation, with its principal place of business at 10440 Pioneer Boulevard #1, Santa Fe Springs, California, 90670, and can be served by serving its Registered Agent, Jihoon Park, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

11. In 2020, Gomez created the photograph entitled 20200722.CopperSky92GolfCircle-136.jpg, which is shown below and referred to herein as the "Work".



12. Gomez registered the Work with the Register of Copyrights on September 30, 2020 and was assigned the registration number VA 2-223-776. The Certificate of Registration is attached hereto as Exhibit 1.

13. At all relevant times Gomez was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

14. Spadia has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Spadia copied the Work.

16. On or about July 26, 2021, Gomez discovered the unauthorized use of his Work on the Website.

17. Spadia copied Gomez's copyrighted Work without Gomez's permission.

18. After Spadia copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its shower head and bathroom product manufacturing and sales business.

19. Spadia copied and distributed Gomez's copyrighted Work in connection with Spadia's business for purposes of advertising and promoting Spadia's business, and in the course and scope of advertising and selling products and services.

20. Gomez's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

21. Spadia committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

22. Gomez never gave Spadia permission or authority to copy, distribute or display the Work at issue in this case.

23. Gomez notified Spadia of the allegations set forth herein on July 29, 2021 and August 17, 2021. To date, Spadia has failed to respond to Gomez's Notices.

## COUNT I
## COPYRIGHT INFRINGEMENT

24. Gomez incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Gomez owns a valid copyright in the Work at issue in this case.

26. Gomez registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. Spadia copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Gomez's authorization in violation of 17 U.S.C. § 501.

28. Spadia performed the acts alleged in the course and scope of its business activities.

29. Spadia's acts were willful.

30. Gomez has been damaged.

31. The harm caused to Gomez has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant Spadia, Inc. dba Bath Beyond that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

   d.   Plaintiff be awarded such other and further relief as the Court deems just and proper; and

   e.   Plaintiff be awarded pre- and post-judgment interest.

## JURY DEMAND

Plaintiff Garey C. Gomez hereby demands a trial by jury of all issues so triable.

DATED:  December 17, 2021          Respectfully submitted,


          */s/ Jonah A. Grossbardt*
          JONAH A. GROSSBARDT
          MATTHEW L. ROLLIN
          **SRIPLAW**
          *Attorneys for Plaintiff Garey C. Gomez*